UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS MERCEDES, on behalf of himself and all others similarly situated,

                        Plaintiff,

-v.-

BABCOCK ENTERPRISES, INC.,

                        Defendants.

Civil Action No:
1:23-cv-10130

------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 5, 2024

| For Plaintiff Luis Mercedes | For Defendant Babcock Enterprises, Inc. |
|---|---|
| *[signature]* | *[signature]* |
| PeterPaul Shaker | Martin Simon Krezalek |
| Stein Saks, PLLC | Blank Rome LLP |
| One University Plaza | 1271 Ave of the Americas Ste 15th |
| Hackensack, NJ 07601 | New York, NY 10020 |
| Ph: 201-282-6500 | Ph: 212-885-5000 |
| pshaker@steinsakslegal.com | mkrezalek@blankrome.com |

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *PeterPaul Shaker*
PeterPaul Shaker
**Stein Saks, PLLC**
*Attorneys for Plaintiff*